1  **SULAIMAN LAW GROUP, LTD.**
   James C. Vlahakis (Illinois State Bar No. 6230459)
2  2500 South Highland Avenue, Suite 200
3  Lombard, Illinois 60148
   Telephone: (630) 575-8181
4  Email: jvlahakis@sulaimanlaw.com
   *Attorney for Plaintiff*
5  *PRO HAC VICE*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH L. HARRITON, | Case No. 2:19-cv-08434-MRW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

NOW COMES Elizabeth L. Harriton ("Plaintiff"), through the undersigned counsel, and in support of her Notice of Voluntary Dismissal Without Prejudice, states as follows:

Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that this action is voluntarily dismissed without prejudice against the Defendant, Portfolio Recovery Associates, LLC. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment. Plaintiff anticipates filing a notice of voluntary dismissal with prejudice within 45 days and respectfully requests that this Court suspend or vacate all deadlines in anticipation of the complete dismissal with prejudice of this case.

Dated: December 2, 2019              Respectfully submitted,

                                     By: /s/ James C. Vlahakis

1

James C. Vlahakis, *Admitted Pro Hac Vice*
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
jvlahakis@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

/s/ James C. Vlahakis
James C. Vlahakis, Esq.

2