# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-8434 MRW | Date | December 10, 2019 |
|---|---|---|---|
| Title | Elizabeth L. Harriton v. Portfolio Recovery Associates, LLC | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: DISMISSAL**

Plaintiff filed a notice dismissing this action without prejudice. (Docket # 14.) This action is dismissed without prejudice.